FILED

06/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0277

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0277

_____

TROUT UNLIMITED, INC.,

      Petitioner,

   v.

                                          O R D E R

MONTANA WATER COURT, the HON.
STEVEN R. BROWN, Associate Water Judge,

      Respondent.

_____

Trout Unlimited, Inc., petitions this Court for a writ of supervisory control over the Montana Water Court, seeking review of that Court's July 14, 2021 order in Water Court Case 41H-0008-R-2020 (*In re City of Belgrade*) adopting a June 18, 2021 Master's Report after no party filed objections. We have revised the caption to comport with Mont. R. App. P. 14(6).

Petitioner, which was not a party to the Water Court proceeding, alleges that the court misapplied the presumption of non-abandonment for municipal water rights codified in § 85-2-227(4), MCA, thereby expanding the scope of Montana's growing cities doctrine and exceeding the jurisdictional limits of the Water Court's adjudication of municipal water use. Petitioner contends that the court's order raises constitutional issues of statewide importance because it subordinates constitutionally protected senior water rights without due process and has statewide ramifications, for which appeal from an ultimate final decree at some point in the future is an inadequate remedy. Petitioner further requests this Court to stay proceedings in another case, *In re Town of Manhattan*, Water Court Case 41H-0140-R-2020, and in other active municipal water right cases, pending the Court's resolution of the issue presented.

Upon review of the Petition and Appendices, we deem it advisable to obtain a response.

IT IS THEREFORE ORDERED that the Respondent, the City of Belgrade, the City of Three Forks, or each of them, are granted thirty (30) days from the date of this Order within which to file a response to the Petition in accordance with M. R. App. P. 14(7)(a).

IT IS FURTHER ORDERED that the request for stay is TAKEN UNDER ADVISEMENT pending receipt of the response(s).

The Clerk is directed to provide notice of this Order to all counsel of record in the Water Court's Case No. 41H-0008-R-2020 and to the Honorable Stephen R. Brown, presiding Water Court Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
June 1 2022